*CASE ANNOUNCEMENTS*
*COLORADO SUPREME COURT*
*MONDAY, FEBRUARY 10, 2020*

"Slip opinions" are the opinions delivered by the Supreme Court Justices and are subject to modification, rehearing, withdrawal, or clerical corrections. Modifications to previously posted opinions will be linked to the case number in the petition for rehearing section the day the changes are announced.

Click on the case number to view the opinion in pdf format.

-------------------------------------------------------------------------------------------------------------------

## OPINIONS

## 2019 CO 8

### Supreme Court Case No. 17SC815
*Certiorari to the Colorado Court of Appeals*
Court of Appeals Case No. 13CA1296

**Petitioner:**

Alfredo Juarez,

v.

**Respondent:**

The People of the State of Colorado.

**Judgment Affirmed**
*en banc*

**CHIEF JUSTICE COATS** delivered the Opinion of the Court.
**JUSTICE GABRIEL** concurs in the judgment, and **JUSTICE MÁRQUEZ** joins in the concurrence in the judgment.

1

## 2020 CO 9

### Supreme Court Case No. 19SA118
*Original Proceeding Pursuant to C.A.R. 21*
District Court, City and County of Denver, Case No. 19CV30251
Honorable Michael A. Martinez, Judge

**In Re**
**Plaintiff:**

Paul Chessin,

v.

**Defendant:**

Office of Attorney Regulation Counsel.

**Rule Made Absolute**
*en banc*

**JUSTICE MÁRQUEZ** delivered the Opinion of the Court.
**CHIEF JUSTICE COATS** does not participate.

## 2020 CO 10

### Supreme Court Case No. 18SC919
*Certiorari to the Colorado Court of Appeals*
Court of Appeals Case No. 17CA2038

**Petitioner:**

A.R.,

**and**

**Petitioner:**

The People of the State of Colorado,

**In the Interest of Minor Child:**

A.R.,

**v.**

**Respondent:**

D.R.

**Judgment Affirmed**
*en banc*

**JUSTICE GABRIEL** delivered the Opinion of the Court.

## 2020 CO 11

### Supreme Court Case No. 19SC370
*C.A.R. 50 Certiorari to the Colorado Court of Appeals*
Court of Appeals Case No. 19CA452
Adams County District Court, Case No. 16JV122
Honorable Priscilla J. Loew, Judge

**Petitioner/Cross-Respondent:**

M.A.W.,

v.

**Respondent/Cross-Petitioner:**

The People of the State of Colorado

**In the Interest of Minor Child:**

A.L.W.

**Judgment Affirmed**
*en banc*

**JUSTICE GABRIEL** delivered the Opinion of the Court.

## ORIGINAL PROCEEDING

19SA234, In Re People in the interest of E.R.G.
Adams County District Court, 18JD571
     Court order issued February 3, 2020

## GRANTED PETITIONS FOR WRIT OF CERTIORARI

**No. 17SC749, Court of Appeals Case No. 14CA2083**
**Petitioner:**
Franky Lamont Session,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari GRANTED. The judgment of the Colorado Court of Appeals is vacated, and the case is remanded to the Colorado Court of Appeals for reconsideration in light of *Melton v. People*, 14SC282, 2019 CO 89; *Wells-Yates v. People*, 16SC592, 2019 CO 90; and *People v. McRae*, 16SC753, 2019 CO 91. EN BANC.
---------------------------------------------------------------------------------------------------------------------
**No. 17SC829, Court of Appeals Case No. 14CA2082**
**Petitioner:**
Franky Lamont Session,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari GRANTED. The judgment of the Colorado Court of Appeals is vacated, and the case is remanded to the Colorado Court of Appeals for reconsideration in light of *Melton v. People*, 14SC282, 2019 CO 89; *Wells-Yates v. People*, 16SC592, 2019 CO 90; and *People v. McRae*, 16SC753, 2019 CO 91. EN BANC.

JUSTICE MÁRQUEZ does not participate.

---------------------------------------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------------------------------

**No. 19SC107, Court of Appeals Case No. 17CA1992**
**Petitioner:**
Department of Corrections, Denver Reception & Diagnostic Center,
v.
**Respondents:**
State Personnel Board and Matthew Mark Stiles.

Petition for Writ of Certiorari GRANTED.  EN BANC.

[REFRAMED] Whether the State Personnel Board may only reverse or modify an appointing authority's disciplinary decision if at least three members of the Board find it to be arbitrary, capricious, or contrary to rule or law, and if so, whether this standard prevents the State Personnel Board from reviewing such a disciplinary decision de novo and without giving any deference to it.

DENIED AS TO ALL OTHER ISSUES.

-------------------------------------------------------------------------------------------------------------

**No. 19SC445, District Court, Grand County, Case No. 18CV30044**
**Petitioner:**
John Marshall,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari GRANTED.  The judgment of the Grand County District Court is vacated, and the case is remanded to the district court for reconsideration in light of *Martinez v. People*, 18SC482, 2020 CO 3.  EN BANC.

-------------------------------------------------------------------------------------------------------------

-----------------------------------------------------------------------------------------------------------------

# DENIED PETITIONS FOR WRIT OF CERTIORARI

**No. 17SC340, Court of Appeals Case No. 14CA589**
**Petitioner:**
Adam James Younger,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
-----------------------------------------------------------------------------------------------------------------
**No. 17SC600, Court of Appeals Case No. 16CA481**
**Petitioner:**
The People of the State of Colorado,
v.
**Respondent:**
Scott Alan Oldright.

Petition for Writ of Certiorari DENIED.  EN BANC.

JUSTICE BOATRIGHT would grant as to the following issues:

Whether, under *Rutter v. People*, 2015 CO 71, a trial court conducting an abbreviated proportionality review of a habitual sentence must consider the General Assembly's reclassification of some of a defendant's prior felony convictions, where the triggering offense is grave and serious and has not been reclassified.

Whether a sixty-four year habitual sentence raises an inference of gross proportionality when the triggering offense is first degree assault with a deadly weapon, two of defendant's five prior felony convictions would still be felonies if committed today, and at least one prior conviction is a grave and serious offense for proportionality purposes.
-----------------------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------------------

**No. 17SC636, Court of Appeals Case No. 13CA1749**
**Petitioner/Cross-Respondent:**
The People of the State of Colorado,

v.

**Respondent/Cross-Petitioner:**
Dennis Edward Granger.

Petition and Cross-Petition for Writ of Certiorari DENIED.  EN BANC.
JUSTICE SAMOUR does not participate.

--------------------------------------------------------------------------------------------------------------

**No. 18SC742, Court of Appeals Case No. 15CA1009**
**Petitioner:**
Hamilton Lee Sullivan,

v.

**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

--------------------------------------------------------------------------------------------------------------

**No. 19SC53, Court of Appeals Case No. 15CA506**
**Petitioner:**
Jason Virgil Boe,

v.

**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

--------------------------------------------------------------------------------------------------------------

**No. 19SC73, Court of Appeals Case No. 16CA294**
**Petitioner:**
Joshua Robert Hoppe,

v.

**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

--------------------------------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------------------

**No. 19SC297, Court of Appeals Case No. 18CA57**
**Petitioner:**
Sharman Heotis,
v.
**Respondent:**
Colorado State Board of Education.

Petition for Writ of Certiorari DENIED.  EN BANC.

----------------------------------------------------------------------------------------------------

**No. 19SC451, Court of Appeals Case No. 15CA634**
**Petitioner:**
Samuel Sims,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
CHIEF JUSTICE COATS does not participate.

----------------------------------------------------------------------------------------------------

**No. 19SC482, Court of Appeals Case No. 17CA3**
**Petitioner:**
The People of the State of Colorado,
v.
**Respondent:**
Maicle K. Abraha.

Petition for Writ of Certiorari DENIED.  EN BANC.

----------------------------------------------------------------------------------------------------

**No. 19SC484, Court of Appeals Case No. 17CA84**
**Petitioner:**
The People of the State of Colorado,
v.
**Respondent:**
Temesghen M. Gebreyohannes.

Petition for Writ of Certiorari DENIED.  EN BANC.

----------------------------------------------------------------------------------------------------

---------------------------------------------------------------------------------------------------------------

**No. 19SC632, Court of Appeals Case No. 18CA950**
**Petitioner:**
23 LTD, d/b/a Bradsby Group, a Colorado corporation,

v.

**Respondent:**
Tracy Herman.


Petition for Writ of Certiorari DENIED.  EN BANC.

---------------------------------------------------------------------------------------------------------------

**No. 19SC665, Court of Appeals Case No. 18CA1059**
**Petitioner:**
Trey Fernandez,

v.

**Respondents:**
Colt Holdings, LLC, a Colorado limited liability company and Jordan Head.


Petition for Writ of Certiorari DENIED.  EN BANC.

---------------------------------------------------------------------------------------------------------------

**No. 19SC812, Court of Appeals Case No. 17CA2305**
In re the Estate of William A. Powers, a/k/a William Arthur Powers, a/k/a William
Powers, a/k/a Bill Powers, deceased.
**Petitioner:**
Lora J. Powers,

v.

**Respondent:**
William Martin Powers.


Petition for Writ of Certiorari DENIED.  EN BANC.

---------------------------------------------------------------------------------------------------------------

**No. 19SC834, Court of Appeals Case No. 18CA192**
**Petitioner:**
Jessie Medina Jr.,

v.

**Respondent:**
The People of the State of Colorado.


Petition for Writ of Certiorari DENIED.  EN BANC.

---------------------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------------------

**No. 19SC840, Court of Appeals Case No. 17CA819**
**Petitioner:**
Matthew Dean Fletcher,

v.

**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED. EN BANC.

--------------------------------------------------------------------------------------------------------------

**No. 19SC841, Court of Appeals Case No. 18CA684**
**Petitioner:**
Lance Leroy McDermed,

v.

**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED. EN BANC.

--------------------------------------------------------------------------------------------------------------

**No. 19SC847, Court of Appeals Case No. 17CA1768**
**Petitioner:**
Juan Lorenzo Johnson,

v.

**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED. EN BANC.

--------------------------------------------------------------------------------------------------------------

**No. 19SC868, Bent County District Court, 18CV30**
**Petitioner:**
Rodney Douglas Eaves,

v.

**Respondent:**
Joe Trujillo.

Petition for Writ of Certiorari DENIED. EN BANC.

--------------------------------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------------------------------

**No. 19SC900, Court of Appeals Case No. 17CA30**
**Petitioner:**
Esther Sarai Herring,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
-------------------------------------------------------------------------------------------------------------

**No. 19SC902, Court of Appeals Case No. 17CA957**
**Petitioner:**
Tomas Mars Garcia,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
-------------------------------------------------------------------------------------------------------------

**No. 19SC910, Court of Appeals Case No. 17CA1965**
**Petitioner:**
Paul Andrew Stelzer,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
JUSTICE MÁRQUEZ does not participate.
-------------------------------------------------------------------------------------------------------------

**No. 19SC911, Court of Appeals Case No. 18CA307**
**Petitioner:**
Robert Lee Hunt, Jr.,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
-------------------------------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------------------------------

**No. 20SC20, Court of Appeals Case No. 19CA383**
**Petitioner:**
K. E.,
v.
**Respondent:**
The People of the State of Colorado,
**In the Interest of Minor Children:**
A. E. and L. E.

Petition for Writ of Certiorari DENIED.  EN BANC.

-------------------------------------------------------------------------------------------------------------

**No. 20SC28, Court of Appeals Case No. 19CA741**
**Petitioner:**
A. M. M.,
v.
**Respondent:**
The People of the State of Colorado,
**In the Interest of Minor Child:**
L. K.

Petition for Writ of Certiorari DENIED.  EN BANC.

-------------------------------------------------------------------------------------------------------------

**No. 20SC29, Court of Appeals Case No. 19CA518**
**Petitioner:**
S. G. H.,
v.
**Respondent:**
The People of the State of Colorado,
**In the Interest of Minor Child:**
A. D. E. F.

Petition for Writ of Certiorari DENIED.  EN BANC.

-------------------------------------------------------------------------------------------------------------

---

**No. 20SC31, Court of Appeals Case No. 19CA639**
**Petitioner:**
L. B.,
v.
**Respondent:**
The People of the State of Colorado,
**In the Interest of Minor Child:**
I. B.

Petition for Writ of Certiorari DENIED.  EN BANC.

---

**No. 20SC44, Court of Appeals Case No. 19CA1047**
**Petitioner:**
A. G.,
v.
**Respondent:**
The People of the State of Colorado,
**In the Interest of Minor Child:**
M. G.

Petition for Writ of Certiorari DENIED.  EN BANC.

---

**No. 20SC45, Court of Appeals Case No. 19CA556**
**Petitioner:**
E. M.-S.,
v.
**Respondent:**
The People of the State of Colorado,
**In the Interest of Minor Child:**
B. H.-M.

Petition for Writ of Certiorari DENIED.  EN BANC.

---